1   NICHOLAS A. TRUTANICH
    United States Attorney
2   District of Nevada
    Nevada Bar Number 13644
3   PETER WALKINGSHAW
    Assistant United States Attorney
4   400 South Virginia Street, Suite 900
    Reno, Nevada 89501
5   (775) 784-5438
    Peter.Walkingshaw@usdoj.gov
6   *Representing the United States of America*

```
✓ FILED           ___ RECEIVED
___ ENTERED       ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

       DEC 1 2 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-cr-00059-LRH-WGC |
| Plaintiff, | INDICTMENT FOR VIOLATION OF: |
| v. | TITLE 18, UNITED STATES CODE, SECTION 1708 – Mail Theft (Count One) |
| ERIC SAXTY, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
(Mail Theft)

On or about October 31, 2018, in the District of Nevada, ERIC SAXTY, defendant herein, did steal and take from the post office located at 2000 Vassar Street, Reno, Nevada,

/ / /

/ / /

/ / /

/ / /

1

1 | a package addressed to K.S., Reno, Nevada, in violation of Title 18, United States Code,
2 | Section 1708.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

PETER WALKINGSHAW
Assistant United States Attorney