# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC SAXTY,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00059-LRH-WGC<br><br>**ORDER APPROVING**<br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for ERIC SAXTY and NICHOLAS A. TRUTANICH, United States Attorney, and PETER WALKINGSHAW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for June 1, 2020, at 1:30 PM, be vacated and continued to July 13, 2020, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Saxty.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Saxty is on bond and agrees to the continuance. Specifically, Mr. Saxty was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 20th day of May, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Lauren D. Gorman*<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for ERIC SAXTY | By */s Peter Walkingshaw*<br>PETER WALKINGSHAW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for June 1, 2020, at 1:30 PM, be vacated and continued to **July 13, 2020, at 11:00 AM.**

DATED this 20th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

3